# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY HENRY, : | |
|     Plaintiff : | |
| : | No. 1:18-cv-01950 |
| v. : | |
| : | (Judge Rambo) |
| RICK POTTS, : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 8th day of November 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED** and the complaint is deemed filed;

2. Plaintiff's motions for the appointment of counsel (Doc. Nos. 3 and 9), are **DENIED without prejudice**;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED without prejudice** as Heck barred and as barred by the Younger abstention doctrine;

4. The Clerk of Court is directed to **CLOSE** this action.

                                       s/Sylvia H. Rambo
                                       SYLVIA H. RAMBO
                                       United States District Judge